IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODY MILLER | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 10-1890 |
| | : | |
| NCO FINANCIAL SYSTEMS, INC., and | : | |
| JOSH WHITE and OPAL DOE | : | |

### O R D E R

**AND NOW, TO WIT:** This  20th  day of  September , 2010, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:  /s/ Michael Finney
       Deputy Clerk to Judge Surrick

Copies FAXED on  9/20/10  to:

Michael Forbes, Esquire
Richard Kessler, Esquire